THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* GIOVANNI GANGI, Appellant.

*People* v. *Gangi*, 146 App. Div. 940, affirmed.
(Argued January 12, 1914; decided January 27, 1914.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered October 27, 1911, which affirmed a judgment of the Court of General Sessions of the Peace in the county of New York rendered upon a verdict convicting the defendant of the crime of kidnapping.

*Edgar T. Brackett* and *John H. Dugan* for appellant.

*Charles S. Whitman, District Attorney* (*Louis Fabricant* of counsel), for respondent.

Judgment of conviction affirmed; no opinion.
Concur: WILLARD BARTLETT, Ch. J., WERNER, HISCOCK, CHASE, COLLIN and CUDDEBACK, JJ.   Not sitting: MILLER, J.